USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/19

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 9, 2019

**MEMORANDUM ENDORSED**

<u>Via ECF</u>

The Honorable Gregory H. Woods
United States District Court
 For the Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Dominguez v. Banana Republic, LLC*, 1:19-cv-10171-GHW
<u>Request to Extend Defendant's Time to Respond to Complaint</u>

Dear Judge Woods:

We represent defendant Banana Republic, LLC ("Defendant") in the above-referenced action. Pursuant to Rules 1(A) and 1(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Yovanny Dominguez ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 11, 2019 to January 27, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

---

Application granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to January 27, 2020.

SO ORDERED.

Dated: December 11, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge