USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YOVANNY DOMINGUEZ, *and on behalf of all other persons similarly situated*,

                       Plaintiff,

                -v -

BANANA REPUBLIC, LLC,

                       Defendant.
----------------------------------------------------------------- X

1:19-cv-10171-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      On April 23, 2020, the Court issued a memorandum opinion and order, granting Defendant's motion to dismiss Plaintiff's first amended complaint. Dkt. No. 28. The Court's order granted Plaintiff leave to file a second amended complaint within fifteen days. *Id.* at 20. Therefore, Plaintiff's second amended complaint was due no later than May 8, 2020. As of the date of this order, the Court has not received Plaintiff's second amended complaint. Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

      SO ORDERED.

Dated:  May 9, 2020

                                                    _____
                                                      GREGORY H. WOODS
                                                  United States District Judge