**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

YOVANNY DOMINGUEZ, *and on behalf of all other persons similarly situated,*

                Plaintiff,

-against-                         19 **CIVIL** 10171 (GHW)

## **JUDGMENT**

BANANA REPUBLIC, LLC,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 9, 2020, Judgment is entered in favor of Defendant, and this case is closed.

**Dated:**  New York, New York

      May 11, 2020

                                      **RUBY J. KRAJICK**
                                      _____
                                        Clerk of Court
                      BY:
                                       _____
                                        Deputy Clerk