UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————X
YOVANNY DOMINGUEZ, *on behalf of himself and
all other persons similarly situated*,

                Plaintiff,                1:19-cv-10171-GHW

      -against-                             NOTICE OF APPEAL

BANANA REPUBLIC, LLC,

                Defendant,
—————————————————————————X

      Notice is hereby given that YOVANNY DOMINGUEZ, Plaintiff, on behalf of himself and all other persons similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on May 11, 2020 (including, but not limited to, the underlying Opinion and Order of April 23, 2020, and the Order of May 9, 2020), and from each and every part thereof.

Dated:  New York, New York
         May 12, 2020

                                                          _____/s/_____
                                                          G. Oliver Koppell, Esq.
                                                          Daniel F. Schreck, Esq.
                                                          G. Oliver Koppell & Associates
                                                          99 Park Avenue, Suite 1100
                                                          New York, New York, 10016

                                                          Bradly G. Marks, Esq.
                                                          Marks Law Firm, P.C.
                                                          175 Varick Street, 3rd Floor
                                                          New York, New York, 10014

                                                          Jeffrey M. Gottlieb
                                                          Gottlieb & Associates
                                                          150 East 18th Street, Suite PHR
                                                          New York, New York, 10003